IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AUDREY EASON, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00461-MTT |
| | * |
| MASTER SECURITY COMPANY LLC, | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to the jury verdict dated September 30, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Defendant shall also recover costs of this action.

This 1st day of October, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk